UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ROBINSON (#515217),

    Plaintiff,

vs.

    Case No. 2:16-CV-10135
    HON. GEORGE CARAM STEEH

NICOLE TANSEL (YOCKEY),

    Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [DOC. 22]

This matter is before the court on defendant Nicole Tansel's motion for summary judgment as to plaintiff Michael Robinson's 42 U.S.C. § 1983 claim alleging violations of the First, Eighth, and Fourteenth Amendments.  On September 16, 2016, Magistrate Judge Patti issued a report and recommendation recommending that defendant's motion for summary judgment be denied.

The court has reviewed the file, record, and magistrate judge's report and recommendation.  Objections to that report have not been filed by defendant within the established time period.  The court accepts the report and recommendation.

Accordingly,

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation is accepted.

- 2 -

IT IS FURTHER ORDERED that defendant's motion for summary judgment is DENIED.

SO ORDERED.

Dated: October 21, 2016

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 21, 2016, by electronic and/or ordinary mail and also on Michael Robinson #515217 a/k/a Richard Baker, 154 Roosevelt Hudson Dr., Yazoo City, MS  39194.

s/Barbara Radke
Deputy Clerk