UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ROBINSON,

    Plaintiff

v.

NICOLE TANSEL,

    Defendant.
_____/

Case No. 2:16-CV-10135
District Judge George Caram Steeh
Magistrate Judge Anthony P. Patti

## ORDER GRANTING DEFENDANT'S MOTION TO CONDUCT DEPOSITION OF PLAINTIFF (DE 35)

Pending is Defendant's April 19, 2017 motion to conduct deposition of Plaintiff, who is proceeding *in pro per*. (DE 35.) Permission of the Court to take the deposition is required under Fed. R. Civ. P. 30(a)(2)(B), because Plaintiff is incarcerated.[1]

Upon consideration, Defendant's motion to conduct deposition of Plaintiff (DE 35) is GRANTED. Defendants shall be permitted to take the deposition of the Plaintiff for all purposes allowed by the Federal Rules of Civil Procedure. Said deposition may occur either in person, by telephone, or via video teleconference, at

---

[1] At the time he filed this lawsuit on January 14, 2016, Plaintiff was incarcerated at the MDOC's Woodland Center Correctional Facility. (DE 1 at 47, #515217.) According to OTIS, Plaintiff was paroled on August 2, 2016. *See* www.michigan.gov/corrections, "Offender Search." However, Plaintiff's current address of record is 824 Jackson Ave., Yazoo City, MS 39194 (DE 33), and the instant motion indicates that Plaintiff is incarcerated in Mississippi (DE 35 at 2).

Defendant's option and consistent with the requirements and needs of Plaintiff's place of incarceration.

**IT IS SO ORDERED.**

Dated: April 24, 2017                           s/Anthony P. Patti
                                                Anthony P. Patti
                                                UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing order was sent to parties of record on April 24, 2017, electronically and/or by U.S. Mail.

                                                s/Michael Williams
                                                Case Manager for the
                                                Honorable Anthony P. Patti