UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ROBINSON (#515217),

        Plaintiff,

vs.

        Case No. 2:16-CV-10135
        HON. GEORGE CARAM STEEH

NICOLE TANSEL (YOCKEY),

        Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DOC. 37]

This matter is before the court on plaintiff Michael Robinson's motion for summary judgment as to his 42 U.S.C. § 1983 claim alleging violations of the First, Eighth, and Fourteenth Amendments. On April 26, 2017, Magistrate Judge Patti issued a report and recommendation recommending that plaintiff's motion for summary judgment be denied.

The court has reviewed the file, record, and magistrate judge's report and recommendation. Objections to that report have not been filed by plaintiff within the established time period. The court accepts the report and recommendation.

Accordingly,

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation is accepted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is DENIED.

Dated: May 11, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 11, 2017, by electronic and/or ordinary mail and also on Michael Robinson a/k/a Richard Baker, 824 Jackson Avenue, Yazoo City, MS 39194.

s/Barbara Radke
Deputy Clerk