UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ROBINSON (#515217),

        Plaintiff,

vs.

        Case No. 2:16-CV-10135
        HON. GEORGE CARAM STEEH

NICOLE TANSEL (YOCKEY),

        Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DOC. 43]

This matter is before the court on defendant Nicole Tansel's motion for dismissal and costs pursuant to Fed. R. Civ. P. 41(b). On September 13, 2017, Magistrate Judge Anthony P. Patti issued a report and recommendation recommending that defendant's motion be granted in part and denied in part, specifically granting the motion as it relates to dismissal but denying the matter of costs as premature.

The court has reviewed the file, record, and magistrate judge's report and recommendation. Objections to that report have not been filed by plaintiff within the established time period. The court accepts the report and recommendation.

Accordingly,

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation is accepted.

IT IS FURTHER ORDERED that defendant's motion for dismissal and costs is GRANTED IN PART AND DENIED IN PART. Plaintiff's case shall be DISMISSED without prejudice.

Dated: September 29, 2017

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 29, 2017, by electronic and/or ordinary mail and also on Michael Robinson a/k/a Richard Baker, 824 Jackson Avenue, Yazoo City, MS  39194.

s/Barbara Radke
Deputy Clerk